**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **CORETEK LICENSING LLC,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**BUMBLE TRADING, INC.,**<br><br>　　　　　Defendant. | Civil Action No.: 1:20-cv-01594-MN-CJB<br><br>**TRIAL BY JURY DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Now comes Plaintiff Coretek Licensing LLC, by and through its counsel, and pursuant to Fed. R. Civ. P. 41 (a)(1), hereby voluntarily dismisses all of the claims asserted against Defendant Bumble Trading, Inc. in the within action, WITH PREJUDICE. Bumble Trading, Inc. has not served an answer or a motion for summary judgment.

| | |
|---|---|
| Dated: January 12, 2021 | Respectfully submitted, |
| Of counsel: | CHONG LAW FIRM PA |
| Andrew S. Curfman (*Pro hac vice*)<br>SAND, SEBOLT & WERNOW CO., LPA<br>Aegis Tower – Suite 1100<br>4940 Munson Street NW<br>Canton, Ohio 44718<br>Telephone: (330) 244-1174<br>Facsimile: (330) 244-1173<br>Email: andrew.curfman@sswip.com | */s/ Jimmy Chong*<br>Jimmy Chong (#4839)<br>2961 Centerville Road – Suite 350<br>Wilmington, Delaware 19808<br>Telephone: (302) 999-9480<br>Email: chong@chonglawfirm.com<br><br>ATTORNEYS FOR PLAINTIFF |